**Bobby F. McREYNOLDS, Appellant,**

v.

**Randy JOHNSON, Sheriff, Pulaski County; Randy Morgan, Jail Administrator, Pulaski County Jail; Maximum Health Care Service; Carl Johnson, Dr., Pulaski County Jail; Sarah Speer, Nurse, Pulaski County Jail, originally sued as Carol Spheres; Pulaski County Jail; Glenda Moore, Sgt., originally sued as Moore; James Bozeman, Officer, originally sued as Bozeman; Derek Grist, Officer, originally sued as Grist; Jane Does, 3 Nurses employed by Maximum Health Care, Appellees.**

**Bobby F. McReynolds, Appellant,**

v.

**Randy Johnson, Sheriff, Pulaski County Jail; Randy Morgan, Jail Administrator, Pulaski County Jail, Appellees.**

No. 05–2635.

United States Court of Appeals, Eighth Circuit.

Submitted: July 20, 2006.

Filed: Aug. 3, 2006.

Bobby F. McReynolds, Malvern, AR, pro se.

David Mack Fuqua, Hope & Fuqua, Anthony Wayne Juneau, Mitchell & Williams, Little Rock, AR, for Appellees.

Before BYE, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas prisoner Bobby McReynolds appeals the district court's [1] order dismissing his 42 U.S.C. § 1983 action after a pretrial evidentiary hearing. McReynolds claimed that defendants showed deliberate indifference to his medical needs by neglecting to schedule and take him to a post-hernia-surgery follow-up appointment, and by placing him on a top bunk after his surgery contrary to medical orders for a lower bunk assignment. In dismissing McReynolds's complaint, the court relied in part on the absence of harm caused by the missed appointment, and on McReynolds's failure to show that any defendant was personally responsible for any unconstitutional action. Following careful review, *see Johnson v. Bi–State Justice Ctr.*, 12 F.3d 133, 135–36 (8th Cir.1993) (standard of review), we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).